**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
SETH T. FLOYD, Nevada State Bar No. 11959
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
Telephone: (702) 968-8087
Facsimile:  (702) 968-8088
Electronic Mail:  murban@theurbanlawfirm.com
                             nring@theurbanlawfirm.com
                             sfloyd@theurbanlawfirm.com
*Counsel for Plaintiffs Laborers Trust Funds*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>CELLCRETE CORPORATION, a California corporation; CELL-CRETE FIREPROOFING OF NEVADA, INC., a Nevada corporation; ROLAND DEBELEN, an individual; LOUIS FISHER JR., an individual, and LANCE SMITH, an individual.<br><br>Defendants. | CASE NO: 2:15-cv-02052-JAD-NJK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**<br><br>ECF No. 21 |

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs, The Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust; The Board of Trustees of The Construction Industry and Laborers Joint Pension Trust; The Board of Trustees of the Construction Industry and Laborers Vacation Trust; The Board of Trustees of Southern Nevada Laborers Local 872 Training Trust, and Defendants, Cell-Crete Corporation and Cell-Crete Fireproofing of Nevada, Inc., and subject to the approval and Order of the Court, as follows:

1. A full and final settlement of the above-entitled action has been entered into and agreed to by the parties. Therefore, the parties request this action be dismissed with prejudice.

Dated: November 23, 2016      **THE URBAN LAW FIRM**

By: */s/ Nathan R. Ring*
Michael A. Urban, Nevada State Bar No. 3875
Nathan R. Ring, Nevada State Bar No. 12078
Seth T. Floyd, Nevada State Bar No 11959
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
*Counsel for Plaintiff Trusts*

Dated: November 23, 2016      **LAW OFFICES OF DIETRICH & SALAMONE, PLLC**

By: */s/ Jonathan S. Vick*
Jonathan S. Vick, Nevada State Bar No 8707
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145-8871
*Counsel for Defendants*

### ORDER

Based on the parties' stipulation [ECF No. 21] and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
Jennifer Dorsey, U.S. District Judge
November 23, 2016